Certificate Number: 05781-CAC-DE-041471878

Bankruptcy Case Number: 17-10297

05781-CAC-DE-041471878

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2026, at 8:52 o'clock PM PDT, Felix Wright completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: September 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President